Dismissed and Memorandum Opinion filed June 25, 2009








Dismissed
and Memorandum Opinion filed June 25, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00398-CV

____________

 

BECKY LITTLE and THERESA KERSHAW, Appellants

 

V.

 

CHARNA GRABER REAL ESTATE, INC., Appellee

 



 

On Appeal from the
56th District Court

Galveston County,
Texas

Trial Court Cause
No. 07CV0068

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 7, 2008.  On June 17, 2009, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Justices Anderson, Guzman, and Boyce.